UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| HELMS, ROBERT WILLIAM, JR ) | Case No.  08-17017-RGM |
| HELMS, SHERRI LYNN ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## REPORT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| UVA Medical Center<br>PO Box 800750<br>Charlottesville, VA  22908 | 9 | $4.04 |
| American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | 11 | $1.24 |

Date:  March 10, 2011

/s/Gordon P. Peyton                  .
GORDON P. PEYTON
Trustee in Bankruptcy, VSB #5155
P.O. BOX 25456
ALEXANDRIA, VA  22313-5456
(703) 684-2000